IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGG COSTIN,** *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> **JOSEPH R. BIDEN,** *et al.* <br><br> *Defendants.* | Civil Action No.: 1:21-cv-xxxx |

**DECLARATION OF CASSIDY HOLLOWELL IN SUPPORT OF PLAINTIFFS'
MOTION TO OMIT HOME ADDRESSES FROM THE CAPTION**

**I, CASSIDY HOLLOWELL, declare as follows:**

1. I am an active-duty member of the United States Air Force and a Plaintiff in the above-captioned action. I am providing this declaration based on my own personal knowledge and if called as a witness, I could and would testify competently as to all statements included herein.

2. Prior to Defendant Secretary Lloyd Austin's Order issued on August 24, 2021 ("DoD Order"), I was eligible for, but maintained the option to receive, vaccination against COVID-19. However, in light of the DoD Order, I no longer have such an option.

3. Since Defendant Austin issued the DoD Order, workplace hostility, anti-government sentiment, and anti-systemic attitudes have continued to rise at rates so alarming that, if my address is made public in these proceedings, I fear my family and I will face an increased risk of hostility, retaliation, harassment, or violence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of September, 2021.

*Cassidy Hollowell (Sep 21, 2021 10:07 CDT)*

**CASSIDY HOLLOWELL**