UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGG COSTIN, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 21-2484 (CKK) |

**ORDER**
(March 2, 2022)

    This matter comes before the Court upon its initial review of Plaintiffs' [7-1] Affidavit of Process Server ("Affidavit"). The Affidavit purports to establish service upon President Joseph R. Biden ("President Biden") by certified mail, delivered to 1600 Pennsylvania Avenue NW, Washington DC 20500. Plaintiffs have yet to file proof of service for the other defendant in this case, Lloyd J. Austin, III, the Secretary of Defense ("Secretary Austin"). Pursuant to Federal Rule of Civil Procedure 4(i)," to serve "the United States and its Agencies, Corporations, Officers, or Employees, a plaintiff must

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
> (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Additionally, pursuant to Federal Rule of Civil Procedure 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court— on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

"Unless service is waived, proof of service must be made to the court." Fed. R. Civ. P. 4(l)(1).

As Plaintiffs have yet to serve President Biden in accordance with Federal Rule of Civil Procedure 4(i) and have yet to serve Secretary Austin at all, it is hereby

**ORDERED**, that Plaintiffs shall **SHOW CAUSE** on or before March 16, 2022 why this case should not be dismissed without prejudice.

**SO ORDERED**.

Dated: March 2, 2022

                    _____
                    COLLEEN KOLLAR-KOTELLY
                    United States District Judge