## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGG COSTIN, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No.: 1:21-2484 (CKK) |
| JOSEPH R. BIDEN, *et al.*, | **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** |
| *Defendants*. | |

Plaintiffs file this response to the Court's Order to show cause "why this case should not be dismissed without prejudice for failure to effect proper service" on or before March 16, 2022. (ECF No. 8).

1.       Plaintiffs commenced this action against President Biden and Defense Secretary Austin, in their official capacities, on September 23, 2021. (ECF No. 1). Secretary Austin's Department of Defense vaccine order was signed on August 24, 2021.

2.       To effect service upon "a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee." Fed. R. Civ. P. 4(i)(2).

3.       On December 21, 2021, Plaintiffs effected service upon President Biden and service was affected upon Secretary Austin on December 22, 2021. *See* Exhibits 1-2.

4.       Plaintiffs consist of federal employees, federal contractors, and active-duty military personnel who had sought exemptions from the Vaccine Mandates based upon their sincerely held religious beliefs, disability, and status as naturally immune from COVID-19.

5.      Being that this action was filed just fourteen (14) days after President Biden signed Executive Orders 14042 (federal contractors) and 14043 (federal workers), the allegations contained in Plaintiffs Complaint quickly became moot due to rapidly changing policies within the various government departments and throughout the private sector and military. These rapid changes made moot some of the salient allegations that applied at the time this action commenced.

6.      Plaintiffs attempted to amend the Complaint on numerous occasions, each time only to encounter policy changes that again, mooted the allegations, which ultimately resulted in the delay of effecting service.

7.      To cure any mootness issues and to ensure all Plaintiffs have justiciable claims, Plaintiffs request that this Court permit Plaintiffs to file an Amended Complaint on or before March 25, 2022.

8.      Permitting Plaintiffs to file an Amended Complaint curing all defects is in the best interests of judicial economy and efficiency as Plaintiffs will not need to voluntarily dismiss this action without prejudice, only to thereafter re-file the Complaint and effect service a second time.

9.      No responsive pleadings have been filed and Defendants would not in any way be prejudiced by granting the relief requested.

Dated: March 16, 2022

Respectfully submitted,

By:  /S/ MICHAEL A. YODER
     Michael A. Yoder [1600519]
     THE LAW OFFICE OF MICHAEL A. YODER, PLLC
     2300 Wilson Blvd., Suite 700
     Arlington, VA 22202
     Tel: (571) 234-5594
     michael@yoderesq.com