# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Gregg Costin, et al**

    Plaintiff(s),

vs.

**Joseph R. Biden, in his official capacity as President of the United States, et al**

    Defendant(s).

Attorney: Michael A. Yoder

The Law Office of Michael A. Yoder, PLLC
2300 Wilson Blvd., #700
Arlington VA 22202



*272912*

**Case Number: 1:21-cv-02484-CKK**

Legal documents received by Same Day Process Service, Inc. on **12/20/2021** at **2:59 PM** to be served upon **Joseph R. Biden, in his official capacity as President of the United States** at The White House, 1600 Pennsylvania Ave., NW, Washington, DC 20500.

I, **Cora Heishman**, swear and affirm that on **December 21, 2021** at **12:26 PM**, I did the following:

Served **Joseph R. Biden, in his official capacity as President of the United States** by delivering a conformed copy of the **Summons in a Civil Action; Plaintiffs' Motion for Permission to Omit Home Addresses From the Caption; [Proposed] Order on Plaintiffs' Motion for Permission to Omit Home Addresses From the Caption; Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Permission to Omit Home Addresses From the Caption; Declaration of Zachary Amigone in Support of Plaintiffs' Motion for to Omit Home Addresses From the Caption; Declaration of Zachary Amigone in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Gregg Costin in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Thomas Handyside in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Cassidy Hollowell in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Daniel Jackson in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Lionel Klein in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Bogdan Matuszynski in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Tanya Murrieta in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Daniel Schultz in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Nathaniel Steele in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Complaint     by Certified Mailing to     Joseph R. Biden, in his official capacity as President of the United States** at The White House, 1600 Pennsylvania Ave., NW, Washington, DC 20500.

**Supplemental Data Appropriate to this Service:** On 12/21/2021, a copy of the legal documents was certified mailed to the subject with receipt number: 70212720000056442840 to the address of: 1600 Pennsylvania Ave., NW, Washington, DC 20500.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*

**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job
ID:272912

