## AFFIDAVIT OF PROCESS SERVER

**United States District Court for the District of Columbia**

**Gregg Costin, et al**

      Plaintiff(s),

VS.

**Joseph R. Biden, in his official capacity as President of the United States, et al**

      Defendant(s).

Attorney: Michael A. Yoder

The Law Office of Michael A. Yoder, PLLC
2300 Wilson Blvd., #700
Arlington VA 22202

*272911*

**Case Number: 1:21-cv-02484-CKK**

Legal documents received by Same Day Process Service, Inc. on **12/20/2021** at **2:54 PM** to be served upon **Lloyd Austin, in his official capacity as Secretary of the Department of Defense, at 1235 South Clark St., #1540, Arlington, VA, 22202**

I, **Rachel Vogel**, swear and affirm that on **December 22, 2021** at **10:29 AM**, I did the following:

Served **Lloyd Austin, in his official capacity as Secretary of the Department of Defense, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Plaintiffs' Motion for Permission to Omit Home Addresses From the Caption; [Proposed] Order on Plaintiffs' Motion for Permission to Omit Home Addresses From the Caption; Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Permission to Omit Home Addresses From the Caption; Declaration of Zachary Amigone in Support of Plaintiffs' Motion for to Omit Home Addresses From the Caption; Declaration of Zachary Amigone in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Gregg Costin in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Thomas Handyside in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Cassidy Hollowell in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Daniel Jackson in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Lionel Klein in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Bogdan Matuszynski in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Tanya Murrieta in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Daniel Schultz in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Nathaniel Steele in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Complaint to Denise Shellman as Authorized Agent at 1235 South Clark St., #1540 , Arlington, VA 22202** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 55 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Black Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Rachel Vogel**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:272911

