# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Gregg Costin, et al**

    Plaintiff(s),

VS.

**Joseph R. Biden, in his official capacity as President of the United States, et al**

    Defendant(s).

Attorney: Michael A. Yoder

The Law Office of Michael A. Yoder, PLLC
2300 Wilson Blvd., #700
Arlington VA 22202

*275452*

**Case Number: 1:21-cv-02484-CKK**

Legal documents received by Same Day Process Service, Inc. on **03/02/2022** at **10:37 AM** to be served upon **Civil Process Clerk - United States Attorney's Office**, at **501 3rd St., NW, 4th Fl., Washington, DC, 20530**

I, **Natalie Stolyarov**, swear and affirm that on **March 03, 2022** at **12:05 PM**, I did the following:

Served **Civil Process Clerk - United States Attorney's Office**, **a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Plaintiffs' Motion for Permission to Omit Home Addresses From the Caption; [Proposed] Order on Plaintiffs' Motion for Permission to Omit Home Addresses From the Caption; Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Permission to Omit Home Addresses From the Caption; Declaration of Zachary Amigone in Support of Plaintiffs' Motion for to Omit Home Addresses From the Caption; Declaration of Zachary Amigone in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Gregg Costin in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Thomas Handyside in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Cassidy Hollowell in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Daniel Jackson in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Lionel Klein in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Bogdan Matuszynski in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Tanya Murrieta in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Daniel Schultz in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Declaration of Nathaniel Steele in Support of Plaintiffs' Motion to Omit Home Addresses From the Caption; Complaint** to **Timothy Deame** as **Authorized Agent** at **501 3rd St., NW, 4th Fl. , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 60 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Natalie Stolyarov
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:275452

