IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGG COSTIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 21-cv-2484 (CKK) |

**DEFENDANTS' CONSENT MOTION
TO STAY DEADLINE TO RESPOND TO COMPLAINT**

Defendants respectfully move for an order (1) staying their deadline to respond to the complaint pending resolution of Plaintiff's anticipated motion to amend, and (2) directing the parties to file a joint status report proposing a schedule for further proceedings within fourteen days of the Court's resolution of that motion. In support of that request, Defendants state as follows.

1. Plaintiffs commenced this action on September 23, 2021. *See* ECF No. 1. On March 2, 2022, the Court entered an order directing Plaintiff to show cause on or before March 16, 2022, why the case should not be dismissed for failure to complete service. *See* ECF No. 8.

2. On March 16, 2022, Plaintiff filed a response to the Court's order, attaching an affidavit indicating that the U.S. Attorney for the District of Columbia was served on March 3,

2022.  *See* ECF No. 9.  Based on that service date, Defendants' response to the complaint would be due May 2, 2022.  *See* Fed. R. Civ. P. 12(a)(2).[1]

3.   Plaintiffs' response also requested permission to file an amended complaint because the allegations contained in the original complaint are moot.  *See* ECF No. 9 ¶¶ 5-8.  On March 16, 2022, the Court entered a minute order indicating that leave to amend must be obtained by motion.  *See* Minute Order dated March 16, 2022.  By email dated April 18, 2022, counsel for Plaintiffs informed undersigned counsel that Plaintiffs "intend on amending this Complaint and will most likely do so by the 29th."

4.   Defendants respectfully submit that it would be inefficient to require them to move to dismiss a complaint that Plaintiffs acknowledge is moot, and that they expect to seek leave to amend.  Defendants thus respectfully request that the Court stay their deadline to respond to the original complaint pending resolution of Plaintiffs' forthcoming motion to amend.  *See* Minute Order dated Jan. 24, 2022, *Church v. Biden*, No. 21-2815 (CKK) (D.D.C.) (granting similar relief in similar circumstances, in related case).  The parties could then submit a joint status report proposing a schedule for further proceedings within fourteen days of the Court's resolution of Plaintiffs' motion.

5.   Counsel for Defendants conferred with counsel for Plaintiffs before filing this motion.  Plaintiffs consent to the relief requested herein.

Dated:  April 25, 2022                                        Respectfully submitted,

                                                              BRIAN M. BOYNTON

---

[1] Defendants do not agree that service has properly been effected.  The United States Attorney's Office for the District of Columbia has no record of such service, nor does it employ a person matching the name or description of the person allegedly served.  Nevertheless, because the parties have agreed upon the relief sought in this motion, and because the Court has indicated that it is "satisfied that Plaintiffs have effected proper service upon Defendants," Minute Order dated March 16, 2022, Defendants will not press the issue here.

3

Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

CHRISTOPHER R. HALL
CARLOTTA P. WELLS
Assistant Directors

/s/ *Steven A. Myers*
STEVEN A. MYERS (NY Bar No. 4823043)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel:  (202) 305-8648
E-mail:  steven.a.myers@usdoj.gov

*Counsel for Defendants*