IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGG COSTIN, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, *et al.* <br><br> *Defendants*. | Civil Action No.: 1:21-cv-2484 (CKK) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Gregg Costin, Daniel Schultz, Cassidy Hollowell, Nathaniel Steele, Zachary Amigone, Thomas Handyside, Bogdan Matuszynski, Daniel Jackson, Lionel Klein, and Tanya Murrieta hereby give notice of their voluntary dismissal of this case without prejudice. Defendant has not yet served an answer or moved for summary judgment. Under Rule 41(a)(1)(B), such dismissal is without prejudice.

Dated: May 2, 2022

                                               Respectfully submitted,

                                               /s/ MICHAEL A. YODER
                                               Michael A. Yoder
                                               THE LAW OFFICE OF MICHAEL A. YODER, PLLC
                                               2300 Wilson Blvd., Suite 700
                                               Arlington, VA 22201
                                               Tel: (571) 234-5594
                                               Fax: (571) 327-5554
                                               michael@yoderesq.com

                                               *Counsel for Plaintiffs*