# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGG COSTIN,<br>    Plaintiffs,<br>v.<br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br>    Defendants. | Civil Action No. 21-2484 (CKK) |

# ORDER
(May 3, 2022)

In light of the Plaintiff's [12] Notice of Voluntary Dismissal of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is, this 3rd day of May, 2022, hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge